Senior Justice Ellen Bree Burns
United States District Court for
Connecticut 208 United States Courthouse
141 Church Street New Haven Conn. 06510

September 17, 2003

FILED
Sep 22   3:__ PM '03

Dear Justice Burns:

Your Honor with the deepest regrets and with respect for the federal court system, I must protest the rather shabby treatment under by the United States District Court District of Connecticut in Bridgeport and United States Magistrate Judge Fitzsimmons. I reference Prisoner Case number 3:03 CV 991 (DJS). I will state in order communication lapses starting with a initial request of two sets of papers under Cause 42 § 1983 Civil Rights Act 550 Prisoners Civil Rights, I recieve only one copy, in the request I mailed a copy of previous six month ledger statements which indicated of lack of fiscal resources. Which enabled myself to file former pauperis which was granted by the court. Later Bridgeport Clerks Office of Mary E. Larson requested on July 16, 2003 a signed prisoners authorization form which was absent and second one on July 3, 2003, I was mailed said form and return it to the court. No subsequent contact although I sort in written correspondence to the Department of Justice, office of Tribal Justice in Washington the name of head of the tribal counsel and received only a address and wrote a second letter to tribe at address

<u>II</u>

my correspondence to the Casino and Connecticut State police received or a response received on September 11, 2003 dated September 4, 2003, with a request for eight dollars for a police report and names of police involved. On August 19, 2003 I recieve an order from Magistrate Justice Fitzsimmons to file an amended complaint date on August 1, 2003 to be filed in 30 days not the sixty days normally afforded by the Court. We limited access to law library, I only could get one day and I wrote for a forty-five day continuance. I believe the case is now dismissed, while awaiting the police and Casino to respond and recieve a confirmation as to medical evidence in the case for the court to view. I realize that the United States Postal Service is not inepeted by summer mail volume. I also believe Collin's mailroom personal have open letters in my two other pending cases in Eastern District of New York a total of at least nine correspondence three from the courts and six from myself were never recieved and as the Court is aware legal mail or priviledge correspondence must be signed for. I never recieved these letters. May I remain the court in Bryan 821 F 2d 458 the court charging a portal or full fee after form paupers is granted it is incubent in the legitit of the matter permantly.

III

Your Honor may also instruct to the Court that in Cooper v Pate 378 United States 54, 546 84 Supreme Court 1733, 1734 12L ED. 2d 1030 (1964.) states a Pro Se complaint however unartfully drafted must be held to a less rigorous standard than a formal pleding prepared by lawyers and only be dismissed for failure to state a claim if it appears "Beyond doubt that the plantiff can prove no set facts in support of his claim which would entitle him to relief. Moreover since that the court dismissed the instant complaint for failing to state a claim. I remind under Watson v Ault F.2d 892 which in Woodhall v Foti C.A. (CA) 1981 648 Federal 268. It states that "Moreover, because Woodhall's complaint was dismissed for failure to state a claim, the court must accept its allegation as true. I believe as God's children, infallability is a impossible fat but my quiddity is said fact that Magistrade Justice Fitzgrove acted rather hasty and a little insensitive today forma pauperis by ordering the $150.00 one hundred and fifty dollars withdrawal for my institutional account. I realize that the courts are extremly busy and it is understood lack of and poor communication can lead to unbelivable situations.

over.

In closing I would ~~move~~ referred to the court a new Justice and the interlude of Prisoners case number 3:03 CV991 DJS. in the interest of Justice and ~~essence of~~ time. Thank yourself and the Court.

Respectfully Yours
Jeremiah Young-Flynn
02R3998  F-2  45 Bottom
Bare Hill Correctional Facility
Malone, New York 12953