UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 OCT 23 P 4:00
US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| JEREMIAH YOUNG-FLYNN,    :   | |
|     Plaintiff,    : | |
| v.    : | No. 3:03CV991(DJS) |
| MASTUCK PEQUOT TRIBE, ET AL.,  : | |
|     Defendants.    : | |

### ORDER

Plaintiff, Jeremiah Young-Flynn, was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 on August 1, 2003. On September 18, 2003, the above-captioned action was dismissed for plaintiff's failure to comply with this court's orders. On September 22, 2003, plaintiff submitted the attached letter to the Honorable Ellen Burns, Senior United States District Judge, seeking to have his case reopened. The Clerk shall docket this letter. Plaintiff may file a motion to reopen the above-captioned action, together with an amended complaint that complies with Judge Fitzsimmons' August 1, 2003 order, on or before **December 19, 2003**. This case shall remain closed until further order from this court.

So ordered this 22nd day of October, 2003.

DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE