UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------X
FLYNN, JEREMIAH YOUNG                  :
            Plaintiff,                 :
                                       :          NOTICE OF MOTION
            -V.-                       :          TO REOPEN
                                       :          3:03 CIV. 991 (D.J.S.)
MASHANTUCKET PEQUOT TRIBE ET AL.,      :
MR. BLUMGARTEN                         :
MR. LAUNTY                             :
            Defendants.                :
---------------------------------------X

SIRS:

   PLEASE TAKE NOTICE that upon annexed affirmation of Jeremiah Young-Flynn, affirmed January 24, 2000 and upon the complaint herein, plaintiff will move this Court, Dominic J. Squatrito, U.S.D.J., in room _____, United States Courthouse, Bridgeport, Connecticut 06604 on the 4th day of February, 2004, at 9:30am or as soon thereafter as counsel can be heard, for an order pursuant to rule 15A of the Federal Rules of Civil Procedure granting plaintiff's amended complaint before the affirmation of service and the pleadingserved on the defendant(s).

Dated: January 24, 2004

                                              _____
                                              Jeremiah Young-Flynn
                                              Plaintiff Pro Se

```
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------X
FLYNN, JEREMIAH YOUNG              :
                Plaintiff,         :
        -V.-                       :         AFFIRMATION
MASHANTUCKET PEQUOT TRIBE, ET AL., :
MR. BLUMGARTEN                     :         3:03 CIV. 991   (DJS)
MR. LAUNTY                         :
                Defendants.        :
------------------------------------X

STATE OF NEW YORK       )
COUNTY OF FRANKLIN      )   SS.:
```

I, Jeremiah Young-Flynn, makes the following affirmation under penalty of perjury:

I, Jeremiah Young-Flynn am plaintiff in the above entitled action, and respectfully move this Court to issue an order to reopen Civil Action 3:03 CV 991. The reason why I am entitled to the relief I seek is the following: the naming of the defendants so we could get service of affidavits upon the management of the Casino.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on *January 26, 2004*

*Jeremiah Young-Flynn*
Jeremiah Young/Flynn
Plaintiff Pro Se