# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### AMENDED
### CIVIL RIGHTS COMPLAINT

DEC 2 2 2003

United States District Court
District of Connecticut
FILED AT    BRIDGEPORT

~~February~~ 13 ~~2004~~
Kevin F. Rowe, Clerk
By _____
Deputy Clerk

JEREMIAH YOUNG-FLYNN

DIN # 02R3998 _____,
                Plaintiff(s),
(Full name(s) and prisoner number(s) if incarcerated)
(Do not use **et al.**)

**PRISONER**

v.

Case No. **3:03cv991(DJS)**
(To be supplied
by the court)

MR. BLUMGARNER, CHIEF EXECUTIVE

OFFICER; MR. LAUNTY, GENERAL

MANAGER FOXWOOD RESORT AND CASINO,

LEYLAND CONNECTICUT, 06382;

TRIBAL LEADER- NAME UNKNOWN

_____

_____
            Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity,
or official and individual capacitites) (Do not use **et al.**)

## A. PARTIES

1. __JEREMIAH YOUNG-FLYNN_____ is a citizen of ____CONNECTICUT_____ who
          (Plaintiff)                              (State)
presently resides at __BARE HILL CORR. FACILITY, MALONE. NEW YORK, 12953__ .
          (mailing address or place of confinement)
If plaintiff is incarcerated, provide inmate number: ____02R3998_____ .

2. Defendant __MR. BLUMGARNER_____ is a citizen of __CONNECTICUT____
          (name of first defendant)                  (State)

whose address is __FOXWOOD CASINO, LEYLAND, CONNECTICUT, 06382_____ ,

and who is employed as <u>CEO OF FOXWOOD RESORT AND CASINO</u>                    .
(title and place of employment)
    At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? <u>X</u> Yes ____No. If your answer is "Yes," briefly explain:

_____

_____


3. Defendant <u>MR LAUNTY</u>                         is a citizen of <u>CONNECTICUT</u>
                (name of second defendant)                                    (State)

whose address is <u>FOXWOOD CASINO, LEYLAND, CONNECTICUT, 06382</u>

and who is employed as <u>GENERAL MANGER OF OPERATIONS OF FOXWOD CASINO</u>
                (title and place of employment) ·

    At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? <u>X</u> Yes ____No. If your answer is "Yes," briefly explain:

_____

_____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)


## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

    <u>X</u>    42 U.S.C. § 1983 (applies to state prisoners)

    ____    ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

On June 28, 1998, while dining in a restaruant and while chewing food I fractured the dental plate and swallowed it. After learning that they were insured I attempted to file for damages but the casino refused to take a statement claiming tribal immunity. On September 22, 1998, while dining in New York City I swallowed the remainder of the dental plate that included the metal retainer prongs, which is extremly sharp.  I contacted the casiono and they  consented to hospital treatment. At a later time, approximately (4) days later, they contacted my witness and requested that I contact them in order to settle the claim. Such was done in this manner because they did not possess my phone number. Susequently, they contacted a former employer for a bacgground check on me, and also contacted a police background check. At which time thgey were made aware of the warrant and only invited me to the casion to have me arrested for tresspass, whereuopon I was held for (39) days **D. CAUSE OF ACTION** without bail, all upon the casinos request.

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations:  (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D.  CAUSE OF ACTION.")

**Claim I:**       MY RIGHT TO LIFE LIBERTY AND PURSUIT TO HAPPINESS BY

ENTRAPPING MYSELF

Supporting Facts:  (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

The security department, investigating myself, that was done under false pretense of an F.B.I. agent instead of a retired agent of which he actually was amnd never so informed me. There was no threats rendered, only a plea to file an insurance claim for four-hundred dollars (400.00). When I was almost seriously injurede from swallowing a metal plate with a hook. They then violated my civil rights and caused me to entrap myself by inviting me back to the casino after I decided to withdraw the insurance claim.

**Claim II**:   SINCE I HAD NO KNOWLEDGE OF OUTSTANDING FIVE MONTH OLD WARRANTS

I WAS OUT ON BAIL AND IT WAS NOT TAKEN

_____

Supporting Facts:

BAIL RETURNED TO BROTHER who posted for myself. The Courts system never contacted my residence, nor did the police ever execute said warrant. Only after possible life treatening incident did the management, risk management, security and gaming, acting in concert, invited myself to the casino on October 6, 1998, under the guise of settlement negotiations only to arrest me for criminal tresspass once I arrived. Then the charges were subsequently dropped.

**Claim III**:   _____

_____

_____

Supporting Facts:

** ENCLOSED ARE PHOTOCOPIES OF HOSPITAL REPORTS OF SEPTEMBER 22, 1998, NEW YORK UNIVERSITY HOSPITAL DOWN TOWN.

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
    __X__ Yes ____ No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

   a.  Parties to previous lawsuit:

Plaintiff(s):_____JEREMIAH YOUNG-FLYNN_____02R3998_____

Defendant(s):__N.Y.C. POLICE DEPARTMENT, PATROLMAN WALSH_____

   b.  Name and location of court and docket number__CV 03 6696_____

   c.  Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?)
_____PENDING_____

   d.  Issues raised: _FALSE IMPRISONMENT AND FAILURE TO PROVIDE MEDICAL_

____TREATMENT FOR MEDICAL CONDITION_____

   e.  Approximate date of filing lawsuit:__NOVEMBER 4, 2003_____

   f.  Approximate date of disposition: _____


2.  I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D. ____Yes _X_No.

If your answer is "Yes," briefly describe how relief was sought and the results.

3. I have exhausted available administrative remedies. __X__ Yes ____ No.
   If your answer is "Yes," briefly explain the steps taken.  Attach proof of exhaustion.
   If your answer is "No," briefly explain why administrative remedies were not exhausted.


FILED A GIEVANCE AT THE GOWANDA CORRECTIONAL FACILITY. NOT A NEW
YORK STATE DEPARTMENT OF CORRECTIONS PROBLEM


## F.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1.  If you are incarcerated and proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States, while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Please describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS."
     If you are not incarcerated, go to section G.

  a.  Parties to previous lawsuit:

Plaintiff(s): __JEREMIAH YOUNG-FLYNN_____

Defendant(s): __N.Y.C. POLICE DEPARTMENT - Sgt. JAMES McCORMICK_____

  b.  Name and location of court and docket number __1:02-CV-05955 (SJ)_____

  c.  Grounds for dismissal:  ( ) frivolous ( ) malicious XX failure to state a claim upon which relief may be granted.

  d.  Approximate date of filing lawsuit: __NOVEMBER 11, 2003_____

  e.  Approximate date of disposition: __AUGUST 13, 2003 (UNDER APPEAL)__


2.  Are you in imminent danger of serious physical injury? ____ Yes __X__ No.
     If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

## G. REQUEST FOR RELIEF

I request the following relief:

The financial sum of five-hundred thousand dollars ($500,000.00) for my confinement without a bail situation. I extradiated myself to New York City on November 13, 1998, and shortly bailed out. At the second arraignment the Governors Office failed to valedate writ of warrant necessatating hearing requested and made available with the possibility of release, either R.O.R or bail. I extradicted myself.

## H. JURY DEMAND

Do you wish to have a jury trial?  Yes___X___  No_____

_____
Original signature of attorney (if any)

*Jeremiah Young-Flynn*
Plaintiff's Original Signature
JEREMIAH YOUNG-FLYNN

_____

_____

_____
Attorney's full address and telephone

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at <u>BARE HILL CORR. FACILITY</u> on <u>DECEMBER 16, 2003</u>.
            (location)                              (date)

*Jeremiah Young-Flynn*
Plaintiff's Original Signature
JEREMIAH YOUNG-FLYNN

# NYU DOWNTOWN HOSPITAL
## EMERGENCY DEPARTMENT

NURSING HISTORY AND ASSESSMENT RECORD

FLYNN, JEREMIAH
8341638    486215
CT0865O  06/17/44  M  EPI

*2 PC-4*

**NAME** *Jeremiah*
*M-54*

| ADMIT DATE | ADMIT TIME |
|---|---|
| 9-22-98 | 7:20 Pm |

**CHIEF COMPLAINT** "I swallowed 3 Teeth"     **PMD** DR Selbe

**MODE OF ARRIVAL:** X WALK IN / AMBULANCE / POLICE CAR
BADGE #     PCT
ACS WORKER

**VIA:** AMBULATORY / WHEELCHAIR / STRETCHER

**SERVICE:** MED / SURG / PEDS / OB GYN / PSYCH

**PRIORITY:** LEVEL 1 / LEVEL 2 / X LEVEL 3

**DESTINATION:** X MAIN ED / PROMPT CARE / OTHER

**HISTORY OBTAINED FROM:** X PATIENT / OTHER (SPECIFY)

**VITAL SIGNS**

| TEMP | PULSE | RESP | BP | LMP | LAST TET | PEDIATRICS WEIGHT | IMMUN |
|---|---|---|---|---|---|---|---|
| 99 | 98 | 18 | 124/94 | | YR | LB | UTD / NOT |

**PAST MEDICAL HISTORY**

CARDIAC / MI / ASTHMA / COPD / CHF / DIABETES / CVA / HTN / GI BLEED
SEIZURES / HIV / DRUGS / ALCOHOL / SMOKING / X OTHER Dental

**MEDICATION HISTORY**

DISPOSITION OF MEDS: NONE / HOME / OTHER

**ALLERGIES** X NKDA

| MEDICATION NAME | DOSE | FREQ | LAST DOSE | | MEDICATION NAME | DOSE | FREQ | LAST DOSE |
|---|---|---|---|---|---|---|---|---|
| None | | | | | | | | |

PATIENT NOTES UNDERSTANDING  [ ] YES [ ] NO

**NURSING NOTES**

| TIME | MD ORD. | STAT MEDS | NARRATIVE NOTES |
|---|---|---|---|
| | | | and metal plate. funny sensation in throat with respiration told pt _____ pt is _____ |
| 20 | | | MD exam pt _____ Dental |

[ ] CONTINUATION SHEET                                    _____ RN

**DISCHARGE DATA**

| ADMIT TO: | TRANSFERRED: | EXPIRED: | CLOTHING | VALUABLES |
|---|---|---|---|---|
| | TO: | [ ] M.E. CASE  [ ] DEATH CERT. | [ ] FLOOR [ ] HOME | [ ] NONE [ ] SAFE |
| | BY: | [ ] ORGAN DON. [ ] FAMILY NOTIFIED | [ ] MORGUE | [ ] FAMILY #_____ |

**DISPOSITION**

X PMD  [ ] OPD:  IN ____ DAYS  [ ] AMA [ ] WALK OUT  TIME: 10 AM/PM

**DISCHARGE INSTRUCTIONS:**  [ ] TRANSLATION INTO ____       [ ] PT. NOTES UNDERSTANDING
X BY MD  X BY RN  [ ] BY BOTH  X DISCHARGE INSTRUCTION SHEET GIVEN

**PRESCRIPTIONS:**  **INSTRUCTIONS:** _____
X-ray the risk of _____