UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
JEREMIAH YOUNG FLYNN
                                                    PRISONER
     v.                              CASE NO.  3:03CV991(DJS)

TRIBAL COUNCIL LEADER
LEGAL DEPARTMENT
SECURITY DEPARTMENT
RISH MANAGEMENT DEPARTMENT HEAD
CASINO GAMING HEAD
CONNECTICUT STATE POLICE ANNEX OFFICERS
BLUMGARNER, CHIEF EXECUTIVE OFFICER
LAUNTY, GENERAL MANAGER FOXWOOD RESORT AND CASINO
TRIBAL LEADER-NAME UNKNOWN
```

<u>JUDGMENT</u>

This cause came on for consideration of the pro se amended complaint before the Honorable Dominic J. Squatrito, United States District Judge.

The Court has considered the amended complaint and all the related papers. On February 13, 2004, the Court filed its Ruling and Order, dismissing the complaint as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Therefore, it is **ORDERED** and **ADJUDGED** that the amended complaint is dismissed and the matter closed.

Entered at Bridgeport, Connecticut, this 26th day of February, 2004.

KEVIN F. ROWE, Clerk

By /s/ Donna P. Thomas
    Donna P. Thomas
    Deputy Clerk

Entered on the Docket _____