FORM 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
2004 MAR 10 P 4:56
U.S. DISTRICT COURT
BRIDGEPORT, CONN

PRISONER

Jeremiah Young Flynn

v.

TRIBAL COUNCIL LEADER
Mr. Blumgarten C.E.O. at el.,
Mr. Launty Gen. Man.
John Doe-St. Pol. Annex Off. CASINO

CIVIL CASE NO. 3:03 Cv 991 (DJS)

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), <u>Jeremiah Young Flynn</u> hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach a copy of the Judgment or Order):

_____

_____

_____

2. The Judgment Order in this action was entered on <u>February 26, 2004</u>
(date)

*[signature: Jeremiah Young Flynn]*
Signature

Jeremiah Young Flynn
Print Name

Plaintiff    Pro Se

Caller Box 20  181 Brands Road
Malone, New York 12953
Address

Date: March 8, 2004

_____
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).
rev. 7/02

FORM 2

## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

Jeremiah Young Flynn

v.

TRIBAL COUNCIL LEADER
Mr. Blumgarten-C.E.O.et al.,
Mr. Launty Gen.Man.
John Doe-St. Pol. Annex Off. CASINO

CIVIL CASE NO. 3:03 Cv 991 (DJS)

### MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(5), Jeremiah Young Flynn respectfully requests leave
(appealing party)
to file the within notice of appeal out of time. Jeremiah Young Flynn desires to appeal
(appealing party)
the judgment in this action entered on Feb. 26, 2004 but failed to file a notice of appeal

within the required number of days because

EXPLAIN HERE THE "EXCUSABLE NEGLECT" (OR GOOD CAUSE) WHICH CAUSED
YOUR FAILURE TO FILE A NOTICE OF APPEAL WITHIN THE REQUIRED NUMBER
OF DAYS.

_____
Signature

Jeremiah Young Flynn
Print Name

Plaintiff Pro Se
Cell Box 20  181 Brand Road
Malone, New York 12953
Address

Date: March 8, 2004

_____
Telephone Number

Note: You may file this form, together with a copy of Form 1,[Notice of Appeal] if you are seeking to appeal a judgment and did not file a copy of Form 1[Notice of Appeal] within the required time. These forms must be received in the Office of the Clerk of the U.S. District Court no later than 30 days after the expiration of the time prescribed by Rule 4(a) FRAP.
rev 7/02

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JEREMIAH YOUNG FLYNN

   v.

TRIBAL COUNCIL LEADER
LEGAL DEPARTMENT
SECURITY DEPARTMENT
RISH MANAGEMENT DEPARTMENT HEAD
CASINO GAMING HEAD
CONNECTICUT STATE POLICE ANNEX OFFICERS
BLUMGARNER, CHIEF EXECUTIVE OFFICER
LAUNTY, GENERAL MANAGER FOXWOOD RESORT AND CASINO
TRIBAL LEADER-NAME UNKNOWN

PRISONER
CASE NO. 3:03CV991(DJS)

## JUDGMENT

This cause came on for consideration of the pro se amended complaint before the Honorable Dominic J. Squatrito, United States District Judge.

The Court has considered the amended complaint and all the related papers. On February 13, 2004, the Court filed its Ruling and Order, dismissing the complaint as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Therefore, it is **ORDERED** and **ADJUDGED** that the amended complaint is dismissed and the matter closed.

Entered at Bridgeport, Connecticut, this 26th day of February, 2004.

KEVIN F. ROWE, Clerk

By /s/ Donna P. Thomas
   Donna P. Thomas
   Deputy Clerk

Entered on the Docket 3/1/04