# MANDATE

D. Conn. Bridgeport
03-cv-991
Squatrito, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 14th day of July two thousand five.

Present:
    Hon. Chester J. Straub,
    Hon. Robert D. Sack,[*]
        *Circuit Judges.*

---

Jeremiah Young Flynn,

        Plaintiff-Appellant,

v.                                                                                              04-1676-cv

Mastuck Pequot Tribe, et al.,

        Defendants-Appellees.

---

Appellant, pro se, moves for appointment of counsel. Upon due consideration, it is ORDERED that the motion is denied, and the appeal is dismissed, as the appeal lacks an arguable basis in law or fact. See Neitzke v. Williams, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

FOR THE COURT:
Roseann B. MacKechnie, Clerk
By: /s/ Lucille Carr

A TRUE COPY
Roseann B. MacKechnie, CLERK

by /s/ Skel.d
   DEPUTY CLERK

JUL 14 2005

Issued as mandate SEP 20 2005

---

[*]The Honorable Mark D. Kravitz, United States District Judge for the District of Connecticut, sitting by designation, has recused himself from this matter. The remaining two judges have decided the matter pursuant to Second Circuit Local Rule 0.14(b).